MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN )
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0154 MMC |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER RE: TESTING OF DRUG** |
| ) | **EVIDENCE** |
| EDUARDO PACHECO, ET AL., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **STIPULATION**

The defendants in this case have requested independent testing for qualitative analysis

and identification of the controlled substance contained therein by a defense expert of

| Exhibit Number | DEA Laboratory Number |
|---|---|
| 2 | 7162180 |

as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED

OR SEIZED, Bates numbered EP000108-109.  This material has been identified by the DEA and

its lab as the methamphetamine that was seized on March 3, 2011.

STIPULATION AND [PROPOSED] ORDER RE: TESTING OF DRUG EVIDENCE
CR 11-0154 MMC

1  In order to permit the DEA to release controlled substances under their control for such
2  testing, the Agency requests that a Court Order issue to permit such contraband from leaving law
3  enforcement custody and to ensure chain of custody of the evidence.
4  The parties agree that a DEA Special Agent or Task Force Officer shall deliver the drug
5  exhibit identified above to Forensic Analytical Science, DEA # RF0193778s, located at 3777
6  Depot Road, Suite 409 Hayward, CA 94545, with telephone no. (510) 887-8828.  The DEA
7  Western Region Laboratory shall arrange the delivery of said representative sample(s) on or
8  before August 10, 2011, to the DEA Special Agent or Task Force Officer for delivery to Alex
9  Corona, of Forensic Analytical Sciences; and
10 The parties also agree, that upon delivery of the exhibit identified above to the defense
11 expert, that a DEA Special Agent or Task Force Officer shall be present when the defense expert
12 inspects, weighs and removes a representative sample of the exhibit identified above for
13 analysis.  The representative sample shall be in the amount of 500 mg or not more than one-half
14 (1/2) the current reserve weight, if less than 1 gram presently remains as the reserve weight, from
15 the above-described exhibit.  The weight of each representative sample taken shall be
16 documented and signed by the defense expert and provided to the DEA Special Agent or Task
17 Force Officer in attendance.  Upon the completion of the sample removal and weighing, the
18 defense expert shall, forthwith, return the remaining above-listed exhibit to the DEA Agent and
19 Task Force Officer in attendance; and
20 The parties further agree that the defense expert shall conduct the qualitative analyses
21 and identification ordered herein, and shall provide the Government with a declaration under
22 penalty of perjury, under 28 U.S.C. § 1746, executed by the individual who conducted the
23 analyses, or the head of the facility where the analyses occurred, which states the quantity of
24 each exhibit consumed during testing, and either the weight of each exhibit returned to the
25 Government, or a statement that all sample was consumed during testing; and
26 The parties also agree that all remaining material of the sample(s), after testing, is to be
27 returned by Alex Corona of Forensic Analytical Sciences to the DEA Western Regional
28 Laboratory via registered U.S. mail, return receipt requested, or approved commercial carrier,

STIPULATION AND [PROPOSED] ORDER RE: TESTING OF DRUG EVIDENCE
CR 11-0154 MMC

1  within five (5) business days after the completion of analyses; and

2        The parties further agree, in accordance with Federal Rule of Criminal Procedure

3  16(b)(1)(B), that the defendants shall provide the Government with a copy of the results or report

4  of the physical examinations and scientific tests or experiments which resulted from the analyses

5  conducted under this Order: and

6        Finally, the parties agree that Alex Corona of Forensic Analytical Sciences is to

7  safeguard the representative sample(s) received, preserving the chain of custody in a manner to

8  faithfully protect the integrity of each exhibit received.

10      SO STIPULATED:

12                                      MELINDA HAAG
                                    United States Attorney

14  DATED: August 2, 2011                   /s/
                                    KEVIN J. BARRY
                                    Assistant United States Attorney

17  DATED: July 26, 2011                     /s/
                                    DANIEL BLANK
                                    Attorney for EDUARDO PACHECO

20  DATED: July 26, 2011                     /s/
                                    JAMES P. VAUGHNS
                                    Attorney for RONALD PELAEZ

23  DATED: July 26, 2011                     /s/
                                    JULIA M. JAYNE
                                    Attorney for ELIZONDO VARELAS

**[PROPOSED] ORDER**

IT IS ORDERED that a DEA Special Agent or Task Force Officer shall deliver the drug exhibit identified above to Forensic Analytical Sciences, DEA # RF0193778 located at 3777 Depot Road, Suite 409 Hayward, CA 94545, with telephone no. (510) 887-8828.  The DEA Western Region Laboratory shall arrange the delivery of said representative sample(s) on or before August 10, 2011, to the DEA Special Agent or Task Force Officer for delivery to Alex Corona, of Forensic Analytical Sciences; and

IT IS FURTHER ORDERED that upon delivery of the exhibit identified above to the defense expert, that a DEA Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs and removes a representative sample of the exhibit identified above for analysis.  The representative sample shall be in the amount of 500 mg or not more than one-half (1/2) the current reserve weight, if less than 1 gram presently remains as the reserve weight, from the above-described exhibit.  The weight of each representative sample taken shall be documented and signed by the defense expert and provided to the DEA Special Agent or Task Force Officer in attendance.  Upon the completion of the sample removal and weighing, the defense expert shall, forthwith, return the remaining above-listed exhibit to the DEA Agent and Task Force Officer in attendance; and

IT IS FURTHER ORDERED that the defense expert shall conduct the qualitative analyses and identification ordered herein, and shall provide the Government with a declaration under penalty of perjury, under 28 U.S.C. § 1746, executed by the individual who conducted the analyses, or the head of the facility where the analyses occurred, which states the quantity of each exhibit consumed during testing, and either the weight of each exhibit returned to the Government, or a statement that all sample was consumed during testing; and

IT IS FURTHER ORDERED that all remaining material of the sample(s), after testing, is to be returned by Alex Corona of Forensic Analytical Sciences to the DEA Western Regional Laboratory via registered U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of analyses; and

STIPULATION AND [PROPOSED] ORDER RE: TESTING OF DRUG EVIDENCE
CR 11-0154 MMC

1    IT IS FURTHER ORDERED , in accordance with FED. R. CRIM. P. 16(b)(1)(B), that
the defendants shall provide the Government with a copy of the results or report of the physical
examinations and scientific tests or experiments which resulted from the analyses conducted
under this Order: and

    IT IS FURTHER ORDERED that Alex Corona of Forensic Analytical Sciences is to
safeguard the representative sample(s) received, preserving the chain of custody in a manner to
faithfully protect the integrity of each exhibit received.

    IT IS SO ORDERED.

Dated: August __3__, 2011

_____
Hon. MAXINE M. CHESNEY
UNITED STATED DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: TESTING OF DRUG EVIDENCE
CR 11-0154 MMC