1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant PACHECO

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            )
                                        )   No. CR 11-0154 MMC
                   Plaintiff,           )
12                                      )   STIPULATION AND [PROPOSED]
          v.                            )   ORDER CONTINUING STATUS
13                                      )   HEARING
   EDUARDO PACHECO, et al.,             )
14                                      )
                   Defendants.          )
15 _____)

1   Pursuant to a prior stipulated order filed August 3, 2011, the defendants in the above-captioned
2   matter were given the opportunity to conduct independent qualitative analysis and identification of
3   the controlled substances allegedly involved in the case.  Defense counsel have now received the
4   report resulting from that analysis but would benefit from additional time to consult with their clients
5   regarding those results prior to the next status conference in the case, which is currently scheduled
6   for Wednesday, August 24, 2011, at 2:30 p.m.  Accordingly, the parties stipulate and jointly request
7   that the status conference be continued to Wednesday, September 14, 2011, at 2:30 p.m.  Time is
8   appropriately excludable under the Speedy Trial Act for adequate preparation of counsel.  *See* 18
9   U.S.C. § 3161(h)(7)(B)(iv).
10  IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED:   8/19/11

/s/
_____
KEVIN BARRY
Assistant United States Attorney

DATED:   8/19/11

/s/
_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Eduardo Pacheco

DATED:   8/19/11

/s/
_____
JULIA M. JAYNE
Attorney for Elisondo Varelas

DATED:   8/19/11

/s/
_____
JAMES P. VAUGHNS
Attorney for Ronald Pelaez

IT IS SO ORDERED.

DATED:  August 22, 2011

_____
MAXINE M. CHESNEY
United States District Judge

STIP. & PROP. ORDER                                         2