IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDUARDO PACHECO,<br><br>    Defendant.<br>_____/ | No. CR-11-0154 MMC<br><br>**ORDER DENYING DEFENDANT EDUARDO PACHECO'S MOTION FOR SENTENCE REDUCTION, CONSTRUED AS MOTION FOR RECONSIDERATION** |

    Before the Court is defendant Eduardo Pacheco's "Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)," filed November 19, 2015, by which defendant seeks a reduction of his sentence under Amendment 782 to § 1B1.10 of the United States Sentencing Guidelines.  Having read and considered the motion, the Court rules as follows.

    On June 18, 2015, defendant filed a motion seeking a reduction of his sentence under Amendment 782, which motion the Court denied by order filed October 9, 2015.  Specifically, the Court found defendant was not entitled to a reduction, as the applicable amended guideline range is 168 to 210 months, and defendant's sentence of 140 months is already less than the minimum of said amended range.  See U.S.S.G. § 1B1.10(b)(2)(A) (providing sentence may not be reduced "to a term that is less than the minimum of the amended guideline range").

The instant motion, which the Court construes as a motion for reconsideration of the Court's order of October 9, 2015, requests a reduction to a term of 120 months.  As set forth in the order of October 9, 2015 and above, however, defendant is not entitled to a reduction that is less than the minimum of the amended guideline range.  See id.

Accordingly, defendant's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  November 24, 2015

MAXINE M. CHESNEY
United States District Judge